# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| BRANDON RATLIFF,<br><br>Plaintiff,<br><br>vs.<br><br>CARVANA, LLC, BRIDGECREST ACCEPTANCE CORPORATION, LOSS PREVENTION SERVICES, LLC, AND CAROLINA TOWING & RECOVERY SERVICE, LLC,<br><br>Defendants | Case No. 6:23-cv-05610-TMC<br><br>**LOCAL CIV. RULE 26.01 (D.S.C.) INTERROGATORIES** |

Plaintiff Brandon Ratliff, pursuant to Local Civ. Rule 26.01 (D.S.C.), respectfully submits the following answers to the Court's standard interrogatories.

**(A)** **State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

Plaintiff is not aware of any persons or legal entities who have a subrogation interest in the claims.

**(B)** **As to each claim, state whether it should be tried jury or non jury and why.**

Plaintiff is entitled to and hereby demands a trial by jury on all claims.

**(C)** **State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.**

Plaintiff is a natural person and not a publicly owned company.

**(D)** **State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

The basis for asserting the claim in the division in which it is filed is that the acts and transactions giving rise to Plaintiff's action occurred in this State and this division.

**(E)** **Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.**

This action is not related to any other matter.

**(H)** **In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).**

N/A

Dated: November 6, 2023.

Respectfully submitted,

/s/ Chauntel Bland
Chauntel Bland (USDC Bar No. 11064)
463 Regency Park Drive
Columbia, SC 29210
Telephone: (803) 319-6262
cbland@thompsonconsumerlaw.com
Attorneys for Plaintiff

**Please send correspondence to the below address**

Chauntel Bland
Thompson Consumer Law Group, PC
11445 E Via Linda, Ste. 2 #492
Scottsdale, AZ 85259